|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | FEB 7 2024 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JOHN DOE,

        Plaintiff-Appellant,

 v.

J. DAVIS, Officer,

        Defendant-Appellee.

No.   13-55237

D.C. No. 3:96-cv-00314-WQH-WVG

Southern District of California, San Diego

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

    Appellant's request for judicial notice (Docket Entry No. 14) is granted.

    Appellant's motions (Docket Entry Nos. 12, 13, 15) to file under seal the motion to seal case records is granted. The court will maintain Docket Entry Nos. 12 through 15 under seal.

    Appellant's motions (included in Docket Entry Nos. 12 and 15) to seal case records are granted. The Clerk will replace appellant's name with "John Doe" on the public docket and redact appellant's name in Docket Entry Nos. 7, 8, and 11. The Clerk will also remove appellant's mailing address from the public docket. The Clerk will seal the remaining electronic docket entries (Docket Entry Nos. 1, 2, 4, 5).

OSA145